**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

THANE T. NEWTON, ADC #135297                      PLAINTIFF

v.                          4:12-cv-00056-JMM-JJV

DOES, Sex Offender Assessment Committee
(SOAC) and Sex Offender Screening and Risk
Assessment (SOSRA), *et al.*                        DEFENDANTS

## **ORDER**

In their Brief in Support of Motion to Dismiss, Defendants cite several documents filed by Plaintiff in the Arkansas state courts. (*See* Doc. No. 25 at 2-3.) These documents are not part of the record. Defendants are requested to make these documents a part of the record.

IT IS SO ORDERED this 25th day of October, 2012.

                                           _____
                                           JOE J. VOLPE
                                           UNITED STATES MAGISTRATE JUDGE