# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

THANE T. NEWTON
ADC #135297                                                                                    PLAINTIFF

v.                                       4:12-cv-00056-JMM-JJV

DOES, Sex Offender Assessment Committee
(SOAC) and Sex Offender Screening and Risk
Assessment (SOSRA), *et al.*                                                              DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. Defendants' Motion to Dismiss (Doc. No. 24) is GRANTED and Plaintiff's claims against Does - Sex Offender Assessment Committee and Sex Offender Screening and Risk Assessment, and Sheri Flynn are DISMISSED, pursuant to 28 U.S.C. § 1915(e)(2), for failure to state a claim upon which relief may be granted.

2. Plaintiff's Motions for Leave to File an Amended Complaint (Doc. No. 30, 32) are DENIED.

3. All pending motions are DENIED as moot.

4. This cause of action is DISMISSED with prejudice as to all claims and all Defendants.

5. Dismissal of this action constitutes a "strike" for purposes of 28 U.S.C. § 1915(g).

6.      The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

DATED this 2nd day of January, 2013.

_____
JAMES M. MOODY
UNITED STATES DISTRICT JUDGE