### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

THANE T. NEWTON
ADC #135297                                                                                              PLAINTIFF

v.                                         4:12-cv-00056-JMM-JJV

DOES, Sex Offender Assessment Committee
(SOAC) and Sex Offender Screening and Risk
Assessment (SOSRA), *et al.*                                                                    DEFENDANTS

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED with prejudice.

DATED this  2nd  day of January, 2013.


                                                                  _____
                                                                  JAMES M. MOODY
                                                                  UNITED STATES DISTRICT JUDGE